4

United States District Court
Southern District of Texas
ENTERED

AUG 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 28 1998

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ELIEZAR MAURICIO CUELLAR-VALLE )
)
v. )   C.A. No. B-98-122
)
E.M. TROMINSKI, INS DISTRICT )
    DIRECTOR )
_____)

ORDER GRANTING
PETITIONER'S (UNOPPOSED) MOTION TO DISMISS

Upon consideration of Petitioner's unopposed Motion To Dismiss, and good cause appearing therefore, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the instant cause be, and the same hereby is, DISMISSED, without prejudice.

DONE at Brownsville, Texas, this 28th day of August, 1998

_____
FILEMON B. VELA
UNITED STATES DISTRICT JUDGE